IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:92-cr-01026-MP

CHRISTOPHER JOEL MAROTTA,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 123, Amended Motion to Dismiss Indictment by United States as to Christopher Joel Marotta.  In the motion, the government states that the interests of justice would be served by dismissing the indictment "due to the age of this indictment, the unavailability of witnesses, and the defendant's assistance to the United States Naval Criminal Investigative Service in the Canal Zone of the Republic of Panama." Accordingly, the indictment is hereby dismissed against Christopher Joel Marotta.

    **DONE AND ORDERED** this  *26th*   day of July, 2005

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge